IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DIVINE DEDMON**                                                                    **PLAINTIFF**
**ADC #157568**

v.                          No: 5:17-CV-00105 JM-PSH

**KENTARIOUS TATE**, *et al.*[1]                                    **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Defendants are awarded summary judgment and Dedmon's claim(s) against them are dismissed without prejudice. It is further ordered that the Court certifies that an *in forma pauperis* appeal taken from the order adopting this recommendation and accompanying judgment is considered frivolous and not in good faith.

DATED this 12th day of December, 2017.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The Clerk of Court is directed to correct the style of the case to reflect the correct full names of Defendants Kentarious Tate, Marcus Dodds, Elisha Brown, Donna Davis, and Felecia Bell as reflected in their Answer (Doc. No. 11).